tor General *Soboloff*, Assistant Attorney General *Olney*, *Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 200. TEXAS COMPANY *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. *John C. Crawley* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States.

No. 202. PARMA WATER LIFTER Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *A. T. Fredricks* for petitioner. *Solicitor General Soboloff, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 205. COMMISSIONER OF INTERNAL REVENUE *v.* GOFF ET AL. C. A. 3d Cir. Certiorari denied. *Solicitor General Soboloff* for petitioner. *Monte Appel* for respondents.

No. 206. COMMISSIONER OF INTERNAL REVENUE *v.* RAY ET UX. C. A. 5th Cir. Certiorari denied. *Solicitor General Soboloff* for petitioner. *Irving L. Goldberg* for respondents.

No. 207. COMMISSIONER OF INTERNAL REVENUE *v.* McCUE BROS. & DRUMMOND, INC. C. A. 2d Cir. Certiorari denied. *Solicitor General Soboloff* for petitioner. *Murray F. Johnson* for respondent.

No. 208. WILEMON ET AL. *v.* CITY AND COUNTY OF DALLAS LEVEE IMPROVEMENT DISTRICT ET AL. Court of Civil Appeals of Texas, Eighth Supreme Judicial District. Certiorari denied. *M. M. Wade* for petitioners. *H. Bascom Thomas, Jr.* for respondents.